MEMORANDUM OPINION



No. 04-03-00394-CV


William J. PALUMBO, 

Appellant


v.


Judith GUTIERREZ, et al.,

Appellees


From the County Court at Law No. 2, Webb County, Texas

Trial Court No. 2003-CVF-000001-C3

Honorable Jesus Garza, Judge Presiding



PER CURIAM

 

Sitting: Alma L. López, Chief Justice

 Catherine Stone, Justice

 Sandee Bryan Marion, Justice


Delivered and Filed: September 3, 2003


DISMISSED


 The appellant has filed a motion to dismiss this appeal. Appellees have not filed an objection
to the motion. We grant the motion and dismiss the appeal. See Tex. R. App. P. 42.1(a)(1).

 PER CURIAM